FOR USE WITH §2255s ONLY

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

CHARLIE MAYES 141329 **District of** _____

RECEIVED
2007 MAR 22 A 9:45
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT

Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

** See Notice on Second Page

Defendant

CASE NUMBER: 1:07cv253-MEF

I, CHARLIE MAYES 141329 declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Limestone Corr. Facility

   Are you employed at the institution?  NO    Do you receive any payment from the institution?  NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends             ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☑ No
   d. Disability or workers compensation payments      ☐ Yes    ☑ No
   e. Gifts or inheritances                            ☐ Yes    ☑ No
   f. Any other sources                                ☐ Yes    ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _N/A_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

   _N/A_

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _Mother, None at This Time._
   If any of your dependants are minors, please do not list their full name; just list their initials.

I declare under penalty of perjury that the above information is true and correct.

_3/15/07_                          _Charlie Mayes #141379_
Date                               Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**NOTICE TO PRISONER FILING UNDER 28 U.S.C. §2255:** Complete this form only if you do not have the necessary funds for transcripts, counsel, etc. There is NO FILING FEE for §2255 motions.

INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauper* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and must include both the total deposits made to the prisoner's account each and every month for the preceeding six months and the average monthly balance in the account each and every month during the preceeding six months. Information for **six full months** must be provided.

## CERTIFICATION

I hereby certify that prisoner **Charlie Mayes** has been incarcerated in this institution since **3/24** 20 **06** and that he has the sum of $ **0** in his prison and jail trust account on this the **16th** day of **March** 20 **07**. I further certify that the information provided below is true and correct.

| | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | Sep 07 | $ 125.00 | $ 13.86 |
| Month 2 | Oct 07 | $ 220.00 | $ 14.36 |
| Month 3 | Nov 07 | $ 200.00 | $ 6.70 |
| Month 4 | Dec 07 | $ 180.00 | $ 13.89 |
| Month 5 | Jan 07 | $ 150.00 | $ 16.54 |
| Month 6 | Feb 07 | $ 400.00 | $ 52.72 |
| Current Month (if less than full month) | Mar 07 | $ 0.00 | $ 38.41 |

_____
Signature of Authorized Officer of Institution

**LCF**
Name of Institution

- 3 -

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
LIMESTONE CORECTIONAL FACILITY

AIS #: 141379    NAME: MAYES, CHARLIE              AS OF: 03/16/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| MAR | 15 | $0.00 | $0.00 |
| APR | 30 | $196.93 | $430.42 |
| MAY | 31 | $122.59 | $200.00 |
| JUN | 30 | $71.18 | $150.00 |
| JUL | 31 | $17.39 | $180.00 |
| AUG | 31 | $13.91 | $140.00 |
| SEP | 30 | $13.86 | $125.00 |
| OCT | 31 | $14.36 | $220.00 |
| NOV | 30 | $6.70 | $200.00 |
| DEC | 31 | $13.89 | $180.00 |
| JAN | 31 | $10.54 | $150.00 |
| FEB | 28 | $52.72 | $400.00 |
| MAR | 16 | $38.41 | $0.00 |