IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

CHARLIE MAYES,
    Petitioner,

)
)
)

VS.       CIVIL ACTION NO.#
     **1:07-cv-253-MEF-TFM**

)
)

UNITED STATES OF AMERICA,
    Respondents.

)

## "NOTICE TO THE COURT"

COMES NOW, in the above styled cause and notify this Honorable Court /s/TERRY F. MOORER, UNITED STATES MAGISTRATE JUDGE that petitioner, "*[Charlie Mayes]*" had a friend to do his legal work, because of his mental retard, and Petitioner are letting this honorable court know that he is not able to further do this legal work without help, wherefore sets forth the following in support of relief:

[1], Petitioner respectfully requests this honorable court for appointment of counsel to further litigate his claims before this court." Because;

[2], Petitioner has a Court date coming up on May 1st, 2007 in the Circuit Court of Montgomery County, Alabama on another different claim.

[3], Petitioner do not know whether the friend that is helping him will still be here when he returns from court, because of all the transferring that is going on with the state prisons having to return all the inmates from out of state back into the Alabama Prison System;

[4], If petitioner receives mail from this court and he's already gone to Montgomery County Court and a response is due to be had, petitioner would not receive his mail until he returns to Limestone so that will make petitioner response late and the person who was helping petitioner maybe gone to another facility.

Pursuant to the Order Issued March 23rd, 2007, If the Court need petitioner's medical records he do have a copy on hand and will be more than happy to supply this honorable court with a copy at its request.

WHEREFORE petitioners respectfully request that This Honorable court grant him attorney in this matter.

RESPECTFULLY SUBMITTED,

*Charlie Mayes*

"CERTIFICATE OF SERVICE"

*I hereby Certify I Have Served A True And Correct Copy Upon The Following By Placing The Said Same In The U.S. Mail Postage Prepaid And Properly Addressed, Done This 27TH, day of MARCH, 200.7*

*Charlie Mayes*
CHARLIE MAYES # 141379

CHARLIE MAYES # 141379
LIMESTONE C.F.
28779 NICK DAVIS ROAD
HARVEST, ALABAMA 35749-7009

HUNTSVILLE / HVS
AL 358
28 MAR 2007 PM 2 T

This correspondence is forwarded from
an Alabama State Prison. The contents
have not been evaluated and the Alabama
Department of Corrections is not
responsible for the substance or content
of the enclosed communication.

LEGAL MAIL
CORRESPONDENCE

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711

36101+0711