IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLIE MAYES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv253-MEF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Petitioner Charlie Mayes has filed a motion for appointment of counsel. (Doc. No. 5.) Upon consideration of this motion, and as the appointment of counsel is not warranted at this stage of the proceedings, it is

ORDERED that this motion be and is hereby DENIED at this time.

Done this 30th day of March, 2007.


      /s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE