IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

CHARLIE MAYES,                          )
                                        )
            Petitioner,                 )
                                        )
      v.                                )    Civil Action No. 1:07cv253-MEF
                                        )              (WO)
UNITED STATES OF AMERICA,               )
                                        )
            Respondent.                 )

**ORDER ON MOTION**

On April 25, 2007, petitioner Charlie Mayes filed a motion styled as "Petitioner's Reply to Response filed by the United States Dated April 13th, 2007." (Doc. No. 9.)  In this motion, Mayes, among other things, requests that this court allow him "leave to amend Ineffective Assistance of Counsel." (*Id*. at 4.)  Accordingly, the court construes Mayes's pleading to contain a *motion for leave to amend* his 28 U.S.C. § 2255 motion to add a claim or claims of ineffective assistance of counsel.  Upon consideration of the *motion for leave to amend*, and for good cause, it is

ORDERED that this motion (Doc. No. 9) be and is hereby GRANTED.

It is further

ORDERED that on or before May 21, 2007, Mayes shall file with this court an amendment to his motion that sets forth with clarity any claims of ineffective assistance of counsel he wishes to assert and presents all factual materials and arguments he wishes to

present in support of such claims.

Done this 30th day of April, 2007.


        /s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE