IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLIE MAYES, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Respondent. ) | Civil Action No. 1:07cv253-MEF |

**O R D E R**

Pursuant to this court's orders, Petitioner has filed an amendment to his § 2255 motion setting forth and clarifying any claims of ineffective assistance of counsel that he wishes to assert (Doc. No. 11). Accordingly, it is

ORDERED that within thirty (30) days from the date of this order, the United States shall file a supplemental response addressing the claims of ineffective assistance of counsel presented in Petitioner's amendment to his § 2255 motion.

Because the amendment to the § 2255 motion contains claims of ineffective assistance of counsel, the court concludes that Petitioner has waived the attorney-client privilege with respect to these claims. *See Mincey v. Head*, 206 F.3d 1106, 1119 n.13 (11th Cir. 2000) (counsel could have related what client "told them because, by claiming that their performance in the trial court was ineffective, [defendant] had waived the attorney-client privilege."); *Laughner v. United States*, 373 F.2d 326, 327 (5th Cir. 1967); *see also McDowell*

*v. Calderon*, 197 F.3d 1253, 1254 (9th Cir. 1999) (defendant's claims of ineffective assistance of counsel "waived his attorney-client privilege as to those matters pertaining to the attorney's representation of [defendant] at trial."); *Tasby v. United States*, 504 F.2d 332, 336 (8th Cir. 1974), *cert. denied*, 419 U.S. 1125 (1975) (attorney-client privilege is waived when client challenges attorney's effectiveness).

In light of the foregoing, the CLERK is DIRECTED to provide copies of Petitioner's original § 2255 motion and his amendment to the § 2255 motion to attorney Kevin L. Butler. Accordingly, it is

ORDERED that within twenty (20) days from the date of this order, Mr. Butler shall file with this court an affidavit that addresses the claims of ineffective assistance of counsel presented against him in the amendment to the § 2255 motion. Mr. Butler shall also furnish the United States Attorney and Petitioner with copies of his affidavit

Done this 10th day of May, 2007.

                        /s/Terry F. Moorer
                        TERRY F. MOORER
                        UNITED STATES MAGISTRATE JUDGE