IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLIE MAYES | ) | CIVIL ACTION NO. 1:07cv253-MEF |
| | ) | (CR. NO. 1:05-CR-12-F) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

### AFFIDAVIT

STATE OF ALABAMA                )
                                )
COUNTY OF MONTGOMERY   )

I, KEVIN L. BUTLER, state the following:

1. I am an attorney admitted to practice law in Arizona, the Eastern District of California, the District of Nevada, the Middle District of Alabama, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court. I have been employed as an Assistant Federal Public Defender for over 14 years and in the Middle District of Alabama since November 19, 1998.

2. In order to prepare this affidavit, I have reviewed: (a) the Federal Public Defender's office file in *United States v. Charlie Mayes*, 1:05-CR-12-F; (b) my time records prepared in this matter; (c) the Court docket sheet in *United States v. Charlie Mayes*, 1:05-CR-12-F and (d) Mr. Mayes' Habeas Petition filed pursuant to 28 U.S.C. § 2255 (Docket #1-1 and Docket #11). Details not provided by my review of the case file and pleadings are based upon my best recollection.

3. In the May 9, 2007, amendment (Docket #11) to his original habeas petition (Docket #1-1), Mr. Mayes asserts that I provided him ineffective assistance of counsel by failing to investigate and prepare a defense for trial. A complete reading of his petition reveals Mr. Mayes asserts my representation was ineffective for several reasons. First, I erroneously failed to request and obtain complete discovery/*Brady* information and subsequently based Mr. Mayes' trial strategy upon incomplete discovery. Second, because of my failure to obtain and submit for the court's consideration his medical records, Mr. Mayes was not able to rebut the government's trial case and receive full and fair sentencing consideration. Third, I failed to fully advise Mr. Mayes regarding the applicable law and how they applied to the facts of his case.

4. As to Mr. Mayes' first assertion, my case review indicates that discovery related to the charged offense was completely provided. Mr. Mayes erroneously asserts that the government's case was grounded upon medical evidence and the government withheld information related to this issue. This is simply incorrect, at no stage of the proceedings did the government rely upon medical evidence. The government charged Mr. Mayes with being a felon in possession of a firearm and only presented evidence at trial and sentencing that supported that accusation. If this allegation is construed as an assertion the defense should have put on an "insanity" defense, as is discussed *infra* based upon the case investigation, this was not a viable option.

5. As to Mr. Mayes' second assertion, in preparation for trial and sentencing undersigned extensively investigated Mr. Mayes' medical and psychological history. Additionally, undersigned counsel consulted with Mr. Mayes' personal psychologist and funded an independent psychiatric examination. **No** information helpful for trial or sentencing was

6.  obtained as a result of the information gathered.

6.  Finally, I, as well as others in my office, regularly and routinely met with Mr. Mayes to discuss with him the legal issues in his case, the relevant and applicable facts and consult with him regarding case strategy (i.e., this is reflected in the 323 hours my office invested in Mr. Mayes' representation). Mr. Mayes' assertion that he was not fully advised by undersigned counsel (or my office) is without merit.

Dated this 30th day of May 2007.

Respectfully submitted,

KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

Sworn and subscribed to before me this 30th day of May 2007.

NOTARY PUBLIC
My Commission expires: 8/30/10

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHARLIE MAYES** | ) | **CIVIL ACTION NO. 1:07cv253-MEF** |
| | ) | **(CR. NO. 1:05-CR-12-F)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138