IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLIE MAYES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No. 1:07cv253-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

Pursuant to the orders of this court, the United States filed a supplemental response (Doc. No. 14) addressing the claims presented by petitioner Charlie Mayes in an amendment to his 28 U.S.C. § 2255 motion. In its response, the government argues that Mayes's new claims provide no basis for relief. Specifically, the government argues that Mayes's claims of ineffective assistance of counsel lack merit and fail to establish either deficient performance or prejudice within the meaning of *Strickland v. Washington*, 466 U.S. 668 (1984). The government further argues that Mayes's claim that the government engaged in prosecutorial misconduct is baseless and is not supported by the record. Accordingly, it is

ORDERED that **on or before July 2, 2007**, Mayes may file a reply to the supplemental response filed by the United States. Any documents or evidence filed after this date will not be considered by the court except upon a showing of exceptional circumstances. At any time after July 2, 2007, the court shall "determine whether an evidentiary hearing is required. If it appears that an evidentiary hearing is not required, the [court] shall make such

disposition of the motion as justice dictates." Rule 8(a), *Rules Governing Section 2255 Proceedings in the United States District Courts*.

Mayes is instructed that when responding to the assertions contained in the government's response, he may file sworn affidavits or other documents in support of his claims. Affidavits should set forth specific facts that demonstrate that Mayes is entitled to relief on the grounds presented in his § 2255 motion. If documents that have not previously been filed with the court are referred to in the affidavits, sworn or certified copies of those papers must be attached to the affidavits or served with them. When Mayes attacks the government's response by use of affidavits or other documents, the court will, at the appropriate time, consider whether to expand the record to include such materials. *See* Rule 7, *Rules Governing Section 2255 Proceedings in the United States District Courts*. Mayes is advised that upon expiration of the time for filing a response to this order, the court will proceed to consider the merits of the pending § 2255 motion pursuant to Rule 8(a).

Done this 11th day of June, 2007.

                                              /s/Terry F. Moorer
                                              TERRY F. MOORER
                                              UNITED STATES MAGISTRATE JUDGE