IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLIE MAYES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No. 1:07cv253-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

Upon consideration of the "Response to the Supplemental Response" filed by the Petitioner on June 22, 2007 (Doc. No. 16), in which the Petitioner maintains that he has not received a copy of attorney Kevin L. Butler's affidavit addressing the claims of ineffective assistance of counsel presented in the amendment to the Petitioner's § 2255 motion, it is

ORDERED that on or before June 29, 2007, attorney Kevin Butler shall provide to the Petitioner a copy of his affidavit addressing such claims of ineffective assistance of counsel presented against him in the amendment to the § 2255 motion.

Done this 22nd day of June, 2007.

                /s/Terry F. Moorer
                TERRY F. MOORER
                UNITED STATES MAGISTRATE JUDGE