IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

CHARLIE MAYES,
    Petitioner,

VS.

CIVIL ACTION NO.1:07-cv-253-MEF
(CR.NO. 1:05-CR-12-F)

UNITED STATES AMERICA
    Respondents.

## MAYES RESPONSE TO THE AFFIDAVIT FROM MR. KEVIN L. BUTLER ON JUNE 25TH,2007

Now Comes the petitioner, "Mayes" pro / se in the above styled cause and moves this honorable court and United States Attorney allow him to respond to the late affidavit coming from the attorney Mr. Kevin L. Butler, wherefore offers the following:

[1],"Mayes just received the "Copy of the Affidavit from Attorney Kevin L. Butler" and object to his affidavit in its entirety," specifically" Id. at No.# 4.

"Mr. Kevin L. Butler did not refer or state in his Affidavit what was the deal on Mayes Medical Doctor Lopez, because when the attorney went and talked to the Doctor, when the attorney returned, his whole outcome had changed when he come back, and stated to the judge that the Doctor said that he would be busy, and attorney didn't have a report nor stated that the Doctor would be available for petitioner's sentencing phase, the judge stated to get his attention he could be subpoena. As if he and the Doctor had words or something, then the court talked about sending the petitioner to Springfield Illinois to be revaluated but never did.

[2], Also Id at No.#5, Attorney Kevin L. Butler, stated he consulted with Mr. Mayes personal psychologist, who at this time. A lady came to the jail where Mayes was and opened up a book and asked Mayes who was those picture was in the book and asked Mayes who was the president. Mayes did not know anything at that time. Mayes do not see how this could have determine to go ahead with trial and sentence Mayes without his medical records and or without a psychologist Doctor findings.

RESPECTFULLY SUBMITTED,

*Charlie Mayes*

CHARLIE MAYES,# 141379

## CERTIFICATE OF SERVICE

I hereby certify that on June 3rd, 2007 I filed the foregoing with the clerk of court by placing the said same in the U.S. Mail postage prepaid and properly addressed as follows:

Susan Redmond Esquire  
Assistant United States Attorney  
One Court Square, Suite 201  
Montgomery, Alabama 36104

Mr. Kevin L. Butler  
201 Monroe Street, Suite 407  
Montgomery, Alabama 36104

*Charlie Mayes*
CHARLIE MAYES,# 141379

Inmate Mayes #141879
INI MONICE
877 NICK DAVIS ROAD
HARVEST, ALABAMA 35749-7009

LEGAL MAIL
CORRESPONDENCE

HUNTSVILLE / HVS
AL 358 2 T
05 JUL 2007 PM

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

UNITED STATES
P.O. BOX 711
MONTGOMERY