IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA

RECEIVED

CHARLIE MAYES, # 141379

    Petitioner,

2007 SEP 20  A 10: 26

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Vs.                              Case No.# _____

CIVIL ACTION No.#1:07-cv-253-MEF

UNITED STATE OF AMERICA,

    Respondent.

\*\*

## MOTION FOR THE FEDERAL TO TAKE CUSTODY OF CHARLIE MAYES

    Now Comes the petitioner, *"Charlie Mayes"* pro se in the above styled cause and respectfully request this Hon: court to take federal custody. Petitioner shows for good cause set out below:

    [1], Petitioner has a federal sentence of 60-months and is in need for this court to take custody, for the state prison is very much overcrowded and in need for bed space,.

    [2], And the need for this court to take custody and or "Recommend that this Court take custody of Charlie Mayes, where he can began his Federal Time, "So please help petitioner in this matter".

    [3], This Court can Contact Mr. Bill Wynne, "Chairman of the Parole Board" and can take care of this matter, where Petitioner can then get the proper medication for the past seven (7) months and is in need of the right treatment.

(A), "wherefore if this Court cannot take action in this matter will you please forward it to that can take action of this matter".

[4], Mayes was ordered to take "SAP Program" in the Federal Instructional and to not be able to obtain this rehabilitation is denying him treatment, therefore petitioner respectfully request that something be done about this matter immediately.

*MAY GOD BLESS YOU ALL IN THIS MATTER!*

*CHARLIE MAYES,# 141379*

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the above foregoing upon the United States Attorney by placing said same in the United States Mail, postage prepaid and properly addressed as follows:

/Ms./ SUSAN REDMOND ESQUIRE
ASSISTANT UNITED STATES ATTORNEY
ONE COURT SQUARE SUITE 201
MONTGOMERY, ALABAMA
           36104

DONE THIS THE 17TH,DAY OF SEPTEMBER, 2007

*CHARLIE MAYES,# 141379*

2

Charlie Mayes #151 141379
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Al 35749-7009

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

HUNTSVILLE / HSV
AL 358
19 SEP 2007 PM

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711

36101+0711