IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

CHARLIE MAYES.# 141379

Petitioner,

Vs.

Case No.# 1:07 CV-253-MEF-TFM

UNITED STATES OF AMERICA.

Respondents.

## MOTION FOR STATUS OF THE CASE AND STATUS OF TAKEN CUSTODY OF CHARLIE MAYES

Now comes petitioner "Charlie Mayes, *pro / se* in the above styled cause and respectfully request this honorable court the status of his case and status of taken custody of Charlie Mayes into federal custody. ground sets forth the following:

[1]."The petitioner filed his last response to the Court order issued June 11[th], 2007 and since then have not heard anything nor have any other documents been filed in this action and petitioner is only monitoring his cause of action that is pending in this honorable court.

[2]."Mayes filed his supplemental response to the order issued by this court and there has been no response since then and petitioner respectfully request that this court contact him regarding any changes in the above matter.

[3]."Petitioner further request that this court inform him of the recently inquiry concerning this Honorable court taking custody of him and placing him the custody of the federal because of the problems the state is having housing for its very overcrowded in the state prison and taking custody of him would allow him the proper treatment he is required to receive and the only way that petitioner will receive this treatment is that he is placed into the federal custody as earliest as yesterday.. For the petitioner is *"[Diagnosis: 295.70,"Schizoaffective Disorder"]* and need treatment. for this illness.

Respectfully Submitted,

CHARLIE MAYES,# 141379

## CERTIFICATE OF SERVICE

I hereby certify that I have serve a true and correct copy of the above foregoing upon the Assistance United States Attorney. Post Office Box 197. Montgomery. Alabama. 36101-0197. by p[lacing the said same in the US mail postage prepaid and properly addressed and upon the Federal Court Clerk addressed:" Office of the Clerk, United States District Court. P.O. Box 711. Montgomery Alabama 36302.

Done this the 15th.day of October2007.

CHARLIE MAYES,# 141379

Charlie Maulon #41379
LimeStone CoRRectional Facility
28779 Nick Davis Rd
Harvest, Al, 35749

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

HUNTSVILLE / HVS
AL 358 2 T
16 OCT 2007 PM



Office of The cleRK
United States DistRict
CouRT. P.O Box 711
Montgomery Al