# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

2007 NOV 19 A 9:57

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**CHARLIE MAYES # 141379**

    Petitioner,

Vs.   Case No.# CV-253-MEF-TFM

**UNITED STATES OF AMERICA,**

    Respondents.

## "MOTION FOR THE MATERIAL DEVELOPMENTS OF THE ABOVE CASE AND REQUESTING CUSTODY OF CHARLIE MAYES

Now comes the petitioner, "Charlie Mayes" and requesting the material developments of the above said case, for this is the second request since June 15th, 2007 and for good cause shown:

[1]. Petitioner has not received any response for the court of this matter.

[2]."Petitioner last response filed in this matter was June 19th, 2007.

[3]."Petitioner filed his supplemental response and there has not been no response to the petition since June 19th, 2007.

[4]."petitioner further request that this court inform him of any material developments.

[5]."The reason why the petitioner is requesting for the federal to get custody of Mayes so he can receive the proper medical treatment, and due to the state being overcrowed.If this court would contact the appropriate people, Cynthia Dillard, Acting Executive Director and Bill Wynne, Chairman whom can be contacted at this (334)242-8700, if any other information is needed to assist in this matter. "Please Help. I'm sick and need treatment",

*May God Bless All of You In This Matter!*

Respectfully Submitted,

*Charlie Mayes*

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the above foregoing upon the United States Attorney, by placing the said same in the US mail postage prepaid and properly addressed:

Assistance United States Attorney
Post office box 197,
Montgomery, Alabama
  36101-0197

Done this the 14th,day of November 2007.

*CHARLIE MAYES # 141379*