12/30/07

NEW ADDRESS

Case # 1:07-CV-00253-MEF
TFM

Bullock Correctional Facility
Charlie Mayes - AIS #141379
P.O. Box 5107
Union Springs Al. 36089

I am writting the court system, in the
regards of my change of address

Sincerly

Charlie Mayes

RECEIVED
2008 JAN -2 A 8:33
DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT LA

36101+0711

Office of THE CLERK
UNiTED STATES DISTRict court
P.O. Box 711
MONTGOMERY AL,
36101-0711

Charlie Mayo #141379
P O Box 5107
Union Spring Al,
36089

MONTGOMERY AL 361
31 DEC 2007 PM 2L
HAPPY HOLIDAYS