IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLIE MAYES, | ) | |
|     Plaintiff, | ) | |
| | ) | CV. NO. 1:07-cv-253-MEF |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Defendant, | ) | |

CONFLICT DISCLOSURE STATEMENT

COMES NOW the United States of America, Defendant in the above-captioned matter, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in accordance with the Order of this Court, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐     This party is an individual, or

☒     This party is a governmental entity, or

☒     There are no entities to be reported, or

☐     The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |

Dated this the 9th day of January, 2008.

/s/Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Counsel for the United States of America
Post Office Box 197
Montgomery, AL 36101-0197
334-223-7280
334-223-7138 fax
susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLIE MAYES, | ) | |
| Plaintiff, | ) | |
| | ) | CV. NO. 1:07-cv-253-MEF |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant, | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have served a copy of the foregoing by depositing a copy of same in the United States mail, first class, postage prepaid, and properly addressed to:

CHARLIE MAYES
AIS 141379
ADOC BULLOCK
Bullock Correctional Facility
P O BOx 5107
Union Springs, AL 36089-5107

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/   Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
334.223.7280
334.223.7138 fax
susan.redmond@usdoj.gov