IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLIE MAYES, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v | )   Civil Action No. 1:07cv253-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Respondent. | ) |

**ORDER ON MOTION**

On November 19, 2007 (Doc. No. 21), the petitioner filed what this court construes to be a motion for status of the proceedings. Upon consideration of this motion, and for good cause, it is

ORDERED that the motion for status (Doc. No. 21) be and is hereby GRANTED.

The petitioner is advised that this case is pending before the court on his 28 U.S.C. § 2255 motion, the response and supporting evidentiary materials filed by the respondent United States, and the petitioner's reply to that response. The court further notes that the petitioner's "motion for the federal court to take custody" (Doc. No. 19) was denied by an order entered on January 15, 2008 (Doc. No. 25). The petitioner is advised that he will receive notice of any action taken by the court in this case.

Done this 15th day of January, 2008.

      /s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE