IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLIE MAYES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | )   Civil Action No. 1:07cv253-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ORDER ON MOTION**

Upon consideration of the petitioner's motion for status of the proceedings (Doc. No. 20; Nov. 2, 2007), and in light of this court's order of January 15, 2008 (Doc. No. 26), granting the motion for status of the proceedings (Doc. No. 21) filed by the petitioner on November 19, 2007, it is

ORDERED that the petitioner's November 2, 2007, motion for status (Doc. No. 20) be and is hereby DENIED as moot.

Done this 15th day of January, 2008.

　　　　　　　　　　　　　　　　  /s/Terry F. Moorer
　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE