IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| CHARLIE MAYES, #141379, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 1:07-cv-0253-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #35) filed on February 17, 2009 is overruled;

(2)  The Recommendation of the United States Magistrate Judge (Doc. #28) entered on November 21, 2009 is adopted;

(3)  The 28 U.S.C. § 2255 motion filed by Mayes is DENIED as the claims therein entitle him to no relief.

DONE this the 3rd day of March, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE