IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLIE MAYES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07cv253-MEF |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner Charlie Mayes has filed a pleading styled as a "Motion for Clarification" (Doc. No. 49) wherein he claims that the Bureau of Prisons ("BOP") has improperly failed to credit his federal sentence with jail time served prior to his commitment to BOP custody. A review of Mayes's pleading indicates that he seeks relief that is appropriate under the remedy provided by 28 U.S.C. § 2241. Accordingly, the Clerk of this court is hereby DIRECTED to:

   1. Open a new civil action under 28 U.S.C. § 2241.

   2. Docket the instant pleading (currently docketed as Doc. No. 49 in Civil Action No. 1:07cv253-MEF) in the newly opened civil action under 28 U.S.C. § 2241.

   3. Strike the instant pleading, Doc. No. 49, from Civil Action No. 1:07cv253-MEF.

   4. Assign the newly opened case to the Magistrate Judge and District Judge to whom the instant case is assigned; and

   5. Refer the case file to the appropriate Magistrate Judge for further proceedings upon

completion of the foregoing directives.

    Done this 13th day of October, 2010.

                                  /s/Terry F. Moorer
                              TERRY F. MOORER
                              UNITED STATES MAGISTRATE JUDGE